

# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Aug 18, 2025 12:59PM

CODY JAMES AKEROYD
286 CASTIN LN, #3
NEW BRAUNFELS, TX 78130

Rcpt. No: 8386     Trans. Date: Aug 18, 2025 12:59PM     Cashier ID: #DG (2225)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| MO | Money Order | #38096713181 | 08/18/2025 | $405.00 |

Total Due Prior to Payment:     $405.00

Total Tendered:     $405.00

**Comments:** 5:25-CV-1016, CODY JAMES AKEROYD V. CITY OF NEW BRAUNFELS; NEW BRAUNFELS POLICE DEPARTMENT; OFFICER AKERS (BADGE #257); OFFICER BELTRAN (BADGE #153); OFFICER ASHBY (BADGE #259); OFFICER GREG FULLER (BADGE 2433).

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov